JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ALVYNA HILLMAN,<br><br>     Plaintiff,<br><br>     vs.<br><br>BANK OF AMERICA, N.A.<br>     Defendant. | Case No.: 2:21-cv-04217-AB-E<br><br>**ORDER** |

Pursuant to the stipulation of the Parties, Bank of America, N.A. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: October 7, 2021

_____
Hon. André Birotte Jr.
United States District Judge